1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| ENRIQUE MONTOYA, | ) | No. ED CV 12-00526-JAK (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| F. X. CHAVEZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: December 3, 2012

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE